UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEVEN V. KOZMARY, M.D., LLC, d/b/a
CLEVELAND BACK AND PAIN
MANAGEMENT CENTER,

        Plaintiff,

     v.

MEDICAL MUTUAL OF OHIO,

        Defendant.

Case No. 2:19-CV-01819-JCM-EJY

**ORDER**

Before the Court is Defendant's Request for Enlargement of Time to File Answer or Responsive Paper (ECF No. 5). On October 29, 2019, Plaintiff Stephen V. Kozmary filed a non-opposition thereto (ECF No. 11).

Accordingly,

IT IS HEREBY ORDERED that Defendant Medical Mutual of Ohio's Request for Enlargement of Time to File Answer or Responsive Paper (ECF No. 5) is GRANTED. Defendant shall have through and including November 16, 2019 to answer or otherwise respond to Plaintiff's Complaint.

DATED: November 7, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1