Mark H Hutchings, Esq.
Nevada Bar No. 12783
Alexander M. P. Perry, Esq.
Nevada Bar No. 14749
**HUTCHINGS LAW GROUP, LLC**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
APerry@HutchingsLawGroup.com

*Attorneys for plaintiff Steven V. Kozmary, M.D., LLC d/b/a Cleveland Back and Pain Management Center*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN V. KOZMARY, M.D., LLC, d/b/a CLEVELAND BACK AND PAIN MANAGEMENT CENTER, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL MUTUAL OF OHIO, a foreign non-profit corporation; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01819-JCM-EJY<br><br>**JOINT STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER** |

**JOINT STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER**

Plaintiff Steven V. Kozmary, M.D., LLC and defendant Medical Mutual of Ohio (collectively, the "Parties"), by and through their undersigned counsel of record, hereby file this Joint Stipulation to Transfer Venue for the purposes of effectuating transfer of this action to the U.S. District Court for the Northern District of Ohio.

The Parties agree that this stipulation shall in no way be considered an admission by Medical Mutual of Ohio that any state or Federal court in Nevada has personal jurisdiction over Medical Mutual of Ohio. The Parties further agree that this stipulation cannot and shall not be used as evidence in an attempt to seek the exercise of personal jurisdiction over Medical Mutual of Ohio in the state or Federal courts of Nevada at any point in the future. Medical Mutual of Ohio reserves any and all future right to challenge any attempted exercise of personal jurisdiction by any state or Federal court in Nevada. This stipulation is intended by the Parties exclusively to allow the transfer of this action to the U.S. District Court for the Northern District of Ohio, where personal jurisdiction and venue are proper.

## **STIPULATION**

WHEREAS, the Complaint in this matter was filed on September 9, 2019 in the Nevada Eighth Judicial District Court, Case No. A-19-801552-C.

WHEREAS, the instant matter was removed to the U.S. District Court for the District of Nevada on October 17, 2019.

WHEREAS, the instant matter could have been filed in the U.S. District Court for the Northern District of Ohio, as defendant Medical Mutual of Ohio is headquartered in or resides in the State of Ohio, County of Cuyahoga.

NOW, THEREFORE, plaintiff Steven V. Kozmary, M.D., LLC and defendant Medical Mutual of Ohio, by and through their undersigned counsel of record, stipulate and agree as follows:

1. This matter shall be transferred from the U.S. District Court for the District of Nevada to the U.S. District Court for the Northern District of Ohio, for the convenience of the Parties and witnesses and in the interest of justice, and with the consent of all Parties, pursuant to 28 U.S.C. § 1404(a);

2. The Parties shall bear their own attorneys' fees and costs incurred in relation to the transfer of venue contemplated hereby; and

3. The Clerk for the United States District Court for the District of Nevada shall forward all filings in this action to the Clerk for the United States District Court for the Northern District of Ohio.

IT IS SO STIPULATED.

Dated: November 26, 2019        HUTCHINGS LAW GROUP, LLC

By: /s/ Alex Perry
Mark H. Hutchings, Esq.
Alexander M. P. Perry, Esq.
552 E. Charleston Blvd.
Las Vegas, NV 89104
Telephone: (702) 660-7700
*Attorneys for plaintiff*
*Steven V. Kozmary, M.D., LLC d/b/a*
*Cleveland Back and Pain Management Center*

Dated: November 26, 2019        FRANTZ WARD LLP

By: /s/ Gregory R. Farkas
Michael E. Smith, Esq.
Gregory R. Farkas, Esq.
200 Public Square
Cleveland, OH 44114
(216) 515-1660
*Attorneys pro hac vice for defendant*
*Medical Mutual of Ohio*

Dated: November 26, 2019        MAUPIN, COX & LEGOY

By: /s/ Rick R. Hsu
Rick R. Hsu, Esq.
PO Box 30000
Reno, NV 89520
(775) 827-2000
*Attorneys pro hac vice for defendant*
*Medical Mutual of Ohio*

**IT IS SO ORDERED**.

Hon. Elayna J. Youchah
U.S. DISTRICT MAGISTRATE JUDGE

Dated: November 27, 2019

**2**
**JOINT STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER**